B6F (Official Form 6F) (12/07)

In re **Peter F Egleton,**
**Dee A Egleton**
_____,
Debtors

Case No. **11-81934**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Gordmans**<br>**PO Box 2974**<br>**Shawnee Mission, KS 66201** | | J | **Credit card purchases** | | | | **57.00** |
| Account No.<br><br>**Gordmans**<br>**PO Box 2984**<br>**Shawnee Mission, KS 66201** | | J | **Credit card purchases** | | | | **57.00** |
| Account No. **3083**<br><br>**Graham Hospital**<br>**210 West Walnut Street**<br>**Canton, IL 61520** | | J | **06/2011**<br>**Medical Bill** | | | | **841.25** |
| Account No.<br><br>**Schuyler Co. Hospital District Hlth. Ctr**<br>**8460 Saint Lukes Drive**<br>**Beardstown, IL 62618** | | J | **11/2010**<br>**Medical Bill** | | | | **79.00** |

__1___ continuation sheets attached

Subtotal (Total of this page)   **1,034.25**

B6F (Official Form 6F) (12/07) - Cont.

In re **Peter F Egleton,**
**Dee A Egleton**
                                                    , Debtors

Case No. __**11-81934**__

**AMENDED**
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **443E** <br><br> **Schuyler County Hospital District** <br> **238 S. Congress** <br> **Rushville, IL 62681** | | J | **Medical Bill** | | | | **52.44** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __**1**__ of __**1**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **52.44**

Total (Report on Summary of Schedules) **1,086.69**

## Proof of Service

Notice has been **electronically mailed** to the following:

Michael Clark, Chapter 13 Trustee
US Trustee

Notice has been **mailed** to the following by enclosing the same in an envelope addressed to such person(s) at their business address, as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a United States Post Office mail box in Bloomington, Illinois :

Peter and Dee Egleton
302 E. State Street
Astoria, IL   61501

Gordmans
PO Box 2984
Shawnee Mission, KS   66201

Gordmans
PO Box 2984
Shawnee Mission, KS   66201

Graham Hospital
210 West Walnut Street
Canton, IL   61520

Schuyler Co.Hospital District Hlth. Ctr.
8460 Saint Lukes Drive
Beardstown, IL   62618

Schuyler County Hospital District
238 S. Congress
Rushville, IL   62681

The undersigned certifies that a copy of the foregoing instrument was served upon the person(s) listed above on the 5th day of October 2011.

/s/Bonnie Ostling
Bonnie Ostling

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

Declaration Under Penalty of Perjury By An Individual Debtor

I have read the foregoing amendments consisting of (2) page(s) and certify under penalty of perjury that it is true and correct to the best of my knowledge, information and belief.

Signature:    /s/Peter Egleton
Debtor: Peter Egleton

Signature:    /s/Dee Egleton
Joint Debtor: Dee Egleton